UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-109 (RHK/RLE)

United States of America,

                      Plaintiff,

v.

Robin Greg Kelly,

                      Defendant.

**ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION**

---

Tricia Tingle, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

The Defendant's Motion for Extension of Time to File an Objection to the Report and Recommendation is GRANTED.

**IT IS HEREBY ORDERED** that:

All written objections to the Report and Recommendation be due to Court by November 26, 2008.

Dated:     11/24/08

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Court Judge