## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No.: 08-109 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Robin Greg Kelly, Sr., | |
| Defendant. | |

_____

Before the Court is "Defendant's Objection to the Magistrate's Report and Recommendation." Chief Magistrate Judge Erickson has recommended that Defendant's Motions to Dismiss for Destruction of Evidence and to Suppress Statements, Admissions, and Answers be denied. The parties have submitted memoranda in support of, and in opposition to the Defendant's Motions.

The Court has reviewed de novo Judge Erickson's Report and Recommendation and Defendant's Objection thereto. Based on that review, the Court concludes that Judge Erickson's recommended disposition of the pending Motions should be affirmed.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Objection (Doc. No. 62) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 58) is **ADOPTED**;

3. Defendant's Motion to Dismiss for Destruction of Evidence (Doc. No. 39) is **DENIED**; and

4. Defendant's Motion to Suppress Statements, Admissions, and Answers (Doc. No. 37) is **DENIED**.

Dated: December 23, 2008                                s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge