**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| United States of America, | Criminal No. 08-109(RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Robin Greg Kelly, Sr., | |
| Defendant. | |

_____

For the reasons stated on the record at the December 23, 2008 Status Conference, and pursuant to Rule 14(a), Federal Rule of Criminal Procedure, **IT IS ORDERED** that a separate trial will be held with respect to Counts 2 and 3 of the Superseding Indictment. Said trial will begin at 9:00 a.m. on Tuesday, January 20, 2009, United States Federal Courthouse, Duluth, Minnesota.[1]

Dated: December 29, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge

---

[1] Count 1 of the Superseding Indictment will be scheduled for trial following the trial of Counts 2 and 3.