# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-109 (1) (RHK/RLE) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS AND POSITION PLEADINGS** |
| v. | |
| Robin Greg Kelly, Sr., | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTE**D.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by April 3, 2009; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by April 10, 2009.

Dated: March 20, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
